# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Woodbridge Group of Companies, LLC | : | Case No.: 17-12560 (BLS) |
| | : | |
| Debtor. | : | |
| | : | |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | : : : : | MEDIATOR'S CERTIFICATE OF COMPLETION |
| Plaintiff, | : | |
| v. | : | Adv. Proc. No.: 19-50927 (BLS) |
| | : | |
| Danny Van Houten, | : | |
| | : | |
| Defendant. | : | |
| | : | |

      In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation was completed on _____ and resolved in the following manner *(complete applicable provisions)*.

    (a)    The following individuals were present:

        (1)    Parties (name and capacity) -

        (2)    Counsel (name and party representing) -

    (b)    The following parties failed to appear and/or participate as ordered:

    (c)    The outcome of the mediation conference was:

        _____    The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

TADMS:5477321-1 035888-190634